IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SANDY HAYES,                       )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   CIVIL NO. 1:04CV00178
                                   )
LOWE'S FOOD STORES, INC.,          )
                                   )
        Defendant.                 )

O R D E R

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that Defendant's motion for summary judgment is **GRANTED** as to Plaintiff's hostile work environment claim under Title VII of the Civil Rights Act of 1964 and wrongful discharge claim under North Carolina law, and Plaintiff's hostile work environment claim under Title VII and wrongful discharge claim under North Carolina law are **DISMISSED**.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is **DENIED** as to Plaintiff's Title VII retaliation claim.

_____
United States District Judge

May 26, 2005